KAUFHOLD GASKIN LLP
STEVEN S. KAUFHOLD, ESQ. (SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
JONATHAN B. GASKIN, ESQ. (SBN 203625)
Email: JGaskin@KaufholdGaskin.com
RUTH L. HAWLEY, ESQ. (SBN 253112)
Email: RHawley@KaufholdGaskin.com
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA COMFORT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JT FOXX aka JUSTIN T. FOXX aka JUSTIN GORENKO, individually and dba JT FOXX ORGANIZATION, dba JT FOXX SUBSCRIPTIONS, dba FOXX PRODUCTS; WORLD SUCCESS COMPANY LLC, a Florida limited liability company formerly known as THE COACHING ORGANIZATION LLC, dba MY COACHING ORGANIZATION, dba FIRST CLASS COACHING; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-4369-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING ARBITRATION PROCEEDINGS** |

THE PARTIES, THROUGH COUNSEL, STIPULATE TO THE FOLLOWING:

Whereas, Plaintiff Victoria Comfort brought this action, seeking damages and other relief against Defendants JT Foxx, World Success Company LLC, and The Coaching Organization, LLC;

Whereas, Defendants filed a Petition to Compel Arbitration on November 20, 2014, which is currently pending before the Court;

Whereas, the parties have agreed that the claims in this case will be arbitrated in San Francisco, California, before AAA Arbitration;

Whereas, the parties believe it would be economically efficient and promote justice for this action to be stayed pending the completion of the arbitration;

Now, therefore it is agreed that:

1. This action shall be stayed in its entirety;

2. All dates currently scheduled in this case shall be vacated;

3. Defendants' pending Petition to Compel Arbitration shall be removed from the Court's calendar, without prejudice to re-filing or re-noticing if circumstances warrant;

4. The parties will contact the Court within 30 days of the issuance of the arbitration award or other resolution of the arbitration proceedings, whichever is later, and this action will remain stayed pending further order of the Court.

Date: December 30, 2014

/s/ Ruth Hawley
Kaufhold Gaskin LLP
Steve Kaufhold
Ruth Hawley
*Attorneys for Defendants JT Foxx, World Success Company LLC, and The Coaching Organization, LLC*

Date: December 30, 2014

/s/ Philip Terry
Carle, Mackie, Power & Ross LLP
Philip J. Terry
*Attorney for Plaintiff Victoria Comfort*

[PROPOSED] ORDER

The parties having stipulated, and for good cause shown, it is hereby ORDERED that:

1. This action shall be stayed in its entirety;

2. All dates currently scheduled in this case shall be vacated;

3. Defendants' pending Petition to Compel Arbitration shall be removed from the Court's calendar, without prejudice to re-filing or re-noticing if circumstances warrant;

4. The parties will contact the Court within 30 days of the issuance of the arbitration award or other resolution of the arbitration proceedings, whichever is later, and this action will remain stayed pending further order of the Court.

Date:  January 1, 2015



STIPULATION AND [PROPOSED] ORDER TO STAY

3