KAUFHOLD GASKIN LLP
STEVEN S. KAUFHOLD, ESQ. (SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
JONATHAN B. GASKIN, ESQ. (SBN 203625)
Email: JGaskin@KaufholdGaskin.com
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA COMFORT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JT FOXX aka JUSTIN T. FOXX aka JUSTIN GORENKO, individually and dba JT FOXX ORGANIZATION, dba JT FOXX SUBSCRIPTIONS, dba FOXX PRODUCTS; WORLD SUCCESS COMPANY LLC, a Florida limited liability company formerly known as THE COACHING ORGANIZATION LLC, dba MY COACHING ORGANIZATION, dba FIRST CLASS COACHING; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.:  3:14-cv-4369-JST<br><br>**JOINT STATEMENT SUMMARIZING STATUS OF ARBITRATION PROCEEDINGS** |

THE PARTIES, THROUGH COUNSEL, JOINTLY SUMMARIZE THE STATUS OF THE ARBITRATION PROCEEDINGS AS FOLLOWS:

Hearing in this matter will commence before the Arbitrator Robert H. Scribner on September 12, 2016 at the American Arbitration Association in San Francisco. The parties are currently engaged in pre-trial disclosures. On August 19, 2016, the parties simultaneously disclosed their witness list and exhibit list to be used for arbitration. The parties will be submitting pre-hearing briefs and stipulated facts on September 7, 2016.

Date: September 2, 2016

    /s/ Steven Kaufhold_____
Kaufhold Gaskin LLP
Steve Kaufhold
*Attorneys for Defendants JT Foxx, World Success Company LLC, and The Coaching Organization, LLC*

Date: September 2, 2016

   /s/ Philip J Terry_____
Carle, Mackie, Power & Ross LLP
Philip J. Terry
*Attorney for Plaintiff Victoria Comfort*