PHILIP J. TERRY (SBN 148144)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
Email: pjterry@cmprlaw.com

Attorneys for Plaintiff
VICTORIA COMFORT

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VICTORIA COMFORT, | Case No. 14-cv-04369-JST |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS** |
| v. | |
| JT FOXX, et al., | |
| Defendants. | |

COMES NOW Plaintiff VICTORIA COMFORT and Defendants JT FOXX aka JUSTIN T. FOXX aka JUSTIN GORENKO, individually and dba JT FOXX ORGANIZATION, dba JT FOXX SUBSCRIPTIONS, dba FOXX PRODUCTS; WORLD SUCCESS COMPANY LLC, a Florida limited liability company formerly known as THE COACHING ORGANIZATION LLC, dba MY COACHING ORGANIZATION, dba FIRST CLASS COACHING, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and dismisses this action, with prejudice.

Dated: October 18, 2017

Respectfully submitted,

CARLE, MACKIE, POWER & ROSS LLP

By: /s/ PHILIP J. TERRY
PHILIP J. TERRY
Attorneys for Plaintiff
VICTORIA COMFORT

Dated: October 18, 2017                                                KAUFHOLD GASKIN LLP

                                                           By:  /s/ STEVEN S. KAUFHOLD
                                                                STEVEN S. KAUFHOLD
                                                                Attorneys for Defendants
                                                                JT FOXX aka JUSTIN T. FOXX aka
                                                                JUSTIN GORENKO, individually and dba
                                                                JT FOXX ORGANIZATION, dba JT FOXX
                                                                SUBSCRIPTIONS, dba FOXX PRODUCTS;
                                                                WORLD SUCCESS COMPANY LLC,
                                                                formerly known as THE COACHING
                                                                ORGANIZATION LLC, dba MY
                                                                COACHING ORGANIZATION, dba FIRST
                                                                CLASS COACHING

### LOCAL RULE 5-1(i)(3) ATTESTATION

I, Philip J. Terry, am the ECF user whose ID and password are being used to file this Stipulation to Dismiss. I hereby attest that Steven S. Kaufhold has reviewed this document in full and has concurred in the filing of this document and authorized his signature thereto.

Dated: October 18, 2017                        /s/ PHILIP J. TERRY
                                               Philip J. Terry